| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DOUGLAS EUGENE MILES, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:25-CV-313
§
AUDWIN M. SAMUEL, *et al.*, §
§
    Defendants. §

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Douglas Eugene Miles, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983 against Audwin M. Samuel, Thomas M. Burbank and Douglas M. Barlow. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failure to state a claim upon which relief may be granted.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

    The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. As the defendants are sued based on their actions while defending plaintiff in a criminal case, the magistrate judge correctly concluded they could not be sued under Section 1983 because they did not act under color of state law.

### ORDER

    Accordingly, the objections filed by plaintiff in this matter (#4) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#3) are

correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 3rd day of December, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE